**Dismissed and Opinion Filed October 3, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00621-CV

**URBAN LEAGUE OF GREATER DALLAS AND NORTH CENTRAL TEXAS DBA URBAN COMMUNITY CENTER, Appellant**

**V.**

**COMERICA BANK, A TEXAS BANKING ASSOCIATION, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-07418**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Myers, and Justice Evans
Opinion by Justice Evans

Before the Court is appellee's motion to dismiss the appeal based on appellant's failure to file the clerk's record. Our records reflect Dallas County District Clerk Felicia Pitre informed the Court July 9, 2018 that the clerk's record was being held for non-payment of the clerk's fee. That same day, we directed appellant to file, within ten days, written verification it had paid or made arrangements to pay for the clerk's record. Although we cautioned appellant that failure to comply could result in dismissal of the appeal without further notice, appellant has not responded. *See* TEX. R. APP. P. 37.3(b). Accordingly, we grant appellee's motion and dismiss the appeal. *See id.* 42.3(b),(c).

/David Evans/
DAVID EVANS
JUSTICE

180621F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

URBAN LEAGUE OF GREATER
DALLAS AND NORTH CENTRAL
TEXAS DBA URBAN COMMUNITY
CENTER, Appellant

No. 05-18-00621-CV     V.

COMERICA BANK, A TEXAS
BANKING ASSOCIATION, Appellee

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-07418.
Opinion delivered by Justice Evans, Chief
Justice Wright and Justice Myers
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee Comerica Bank, a Texas Banking Association, recover its costs, if any, of this appeal from appellant Urban League of Greater Dallas and North Central Texas dba Urban Community Center.

Judgment entered this 3rd day of October, 2018.